# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEE CANNON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-02231-JAD-NJK<br><br>**ORDER** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff has not done so. *See* Docket. Accordingly, Plaintiff must file a certificate of interested parties no later than December 28, 2020.

IT IS SO ORDERED.

Dated: December 11, 2020

                                                                                                              _____
                                                                                                              Nancy J. Koppe
                                                                                                              United States Magistrate Judge