# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ANTHONY CANNON, | |
|---|---|
| Plaintiff, | Case No.: 2:20-cv-02231-JAD-NJK |
| v. | **ORDER** |
| STATE OF NEVADA et al., | [Docket No. 11] |
| Defendants. | |

Pending before the Court is Plaintiff's motion to extend Plaintiff's deadline to file proof of service. Docket No. 11. Generally, service must be effectuated within 90 days of filing the complaint. Fed. R. Civ. P. 4(m). If good cause is shown, the Court must extend the time of service for an appropriate period. *Id.* Plaintiff seeks additional time to effectuate service because of disruption in employment and financial inability to serve process. See Docket No. 11 at 2. Such explanation suffices for an extension. Accordingly, the motion to extend is **GRANTED** and the deadline to effectuate service is **CONTINUED** until October 1, 2021.

Given the nine-month period since the pending action was filed, **NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED.

Dated: August 17, 2021

_____
Nancy J. Koppe
United States Magistrate Judge