**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANTHONY LEE CANNON | Case No. 2:20-cv-02231-JAD-NJK |
| Plaintiff, | |
| v. | **Order** |
| STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF WELFARE AND SUPPORTIVE SERVICES, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Vacate or Continue Early Neutral Evaluation (ECF No. 35). Defendants state on October 7, 2021, Defendants filed a Motion to Dismiss (ECF No. 21) noting many pleading deficiencies including arguments regarding immunity from money damages and legal insufficiencies of Plaintiff's allegations such that the Motion is likely to result in either a complete dismissal or substantial pairing down of claims. As such, an Early Neutral Evaluation will be more effective and efficient following a decision on the pending Motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Vacate or Continue Early Neutral Evaluation (ECF No. 35) is GRANTED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation session scheduled for February 8, 2022, is VACATED. The Early Neutral Evaluation will be reset after the Court issues its decision on the pending Motion to Dismiss if the decision does not dispose of this dispute in its entirety.

Dated this 19th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE