# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LEE CANNON,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF WELFARE AND SUPPORTIVE SERVICES, et al.,<br><br>　　　Defendants. | Case No. 2:20-cv-02231-JAD-NJK<br><br>**Order**<br><br>[Docket No. 33] |

　　　Pending before the Court is Defendants' motion to stay discovery pending resolution of its motion to dismiss. Docket No. 33; *see also* Docket No. 21 (motion to dismiss). Plaintiff filed no response to this request. *See* Docket. Accordingly, Defendants' motion is properly granted as unopposed. *See* Local Rule 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion."). *See* Docket. Additionally, the Court has examined Defendants' motion and finds it is appropriately granted on the merits.

　　　Accordingly, Defendants' motion to stay discovery, Docket No. 33, is **GRANTED**. In the event resolution of Defendants' motion to dismiss does not result in the termination of this case, an amended discovery plan or joint status report must be filed within 14 days of the issuance of such order.

　　　IT IS SO ORDERED.

　　　Dated: December 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1